IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:18-CV-243-DCK

| | |
|---|---|
| MAACO FRANCHISOR SPV, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| DON B. KAHAN TRUST and ) | |
| DON B. KAHAN, an Individual, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 14) filed by David L. Tkach, concerning Dennis D. Leone on September 4, 2018. Mr. Dennis D. Leone seeks to appear as counsel *pro hac vice* for Plaintiff Maaco Franchisor SPV, LLC. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 14) is **GRANTED.** Mr. Dennis D. Leone is hereby admitted *pro hac vice* to represent Plaintiff Maaco Franchisor SPV, LLC.

**SO ORDERED**.

Signed: September 5, 2018

David C. Keesler
United States Magistrate Judge